# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF ACTION TAKEN ON
PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT**

MARY TROMBLEE

           vs.           CASE NUMBER: **1:19-cv-0638 (LEK/CFH)**

THE STATE OF NEW YORK,
NEW YORK STATE OFFICE
OF PEOPLE WITH DEVELOPMENTAL DISABILITIES;
CHAD DOMINIE, Individually and in his capacity as a
Keyboard Specialist/Secretary for the Office of People with
Developmental Disabilities at the Glens Falls Facility;
LIAM STANDER, Individually and in his capacity as a
Treatment Team Leader and Supervisor for the for the
Office of People with Developmental Disabilities at the
Glens Falls Facility;
ALEXIS BARLOW, Individually and in her capacity as
Treatment Team Leader and Office Supervisor for the
Office of People with Developmental Disabilities
at the Glens Falls Facility;

     I, JOHN M. DOMURAD, CLERK, by Patsy Harvey, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 11th day of October, 2019 against Chad Dominie.

*/s/ John Domurad*
Clerk of Court

Dated:   October 11, 2019

                          By: s/ Patsy Harvey

                          Deputy Clerk