**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

MARY TROMBLEE,
       Plaintiff,
 v.

              1:19-cv-00638-BKS-CFH

              **NOTICE OF MOTION**
              **TO COMPEL AND FOR**
              **OTHER RELIEF**

THE STATE OF NEW YORK,
NEW YORK STATE OFFICE
FOR PEOPLE WITH DEVELOPMENTAL DISABILITIES,
et al.

       Defendants.
_____

   Pursuant to Federal Rule of Civil Procedure 37, Plaintiff moves this Court to compel the production of all outstanding discovery by Defendant New York State and New York State Office for People with Developmental Disabilities ("State Defendants") and issue sanctions in this case as described in the accompanying memorandum.

   Pursuant to Local Rule 37.1, Plaintiff raised these issues in various meet and confer communications in November and December 2021. Pursuant to Local Rule 7.1(a)(2), the parties participated in a court conference held on December 21, 2021, with the Honorable Magistrate Judge Christian F. Hummel regarding the issues being presented in the motion. This motion is supported by Plaintiff's Memorandum of Law, the Declaration of Kathryn Barcroft and all exhibits thereto, and any reply memorandum that Plaintiff may file.

   WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that

Plaintiff's Motion to Compel be granted and State Defendants be ordered to produce all requested outstanding discovery in this matter as requested in Plaintiff's motion; be required to pay costs associated with this motion; and the Court will impose Plaintiff's requested adverse inferences.

PLEASE TAKE NOTICE, that Plaintiff herein requests the right to file and serve reply papers prior to the return date of this motion.

DATED: January 3, 2022
         Albany, New York

Respectfully Submitted,
SOLOMON LAW FIRM, P.L.L.C.

By: _/s/ Kathryn Barcroft_

Kathryn Barcroft, Esq.
Ariel Solomon, Esq.
*Attorneys for Plaintiff*
300 Great Oaks Blvd Ste 312
Albany, New York 12203
Telephone: (866) 833-3529
asolomon@fedemploylaw.com
kbarcroft@fedemploylaw.com

To:    Robert Rock, Esq.
       N.Y.S. Office of the Attorney General
       The Capitol, Justice Building 4th Fl.
       Litigation Bureau
       Albany, New York 12224

       Benjamin W. Hill, Esq.
       Capezza Hill LLP
       Attorneys for Defendant Liam Stander
       30 South Pearl Street, Suite P-110
       Albany, New York 12207

       Ryan T. Donovan, Esq.
       Harris, Conway and Donovan, PLLC
       Attorney for Defendant Alexis Barlow
       50 State Street, 2nd Floor

Albany, New York, 12207

William White, Esq.
Brennan & White, LLP
Attorneys for Defendant, Chad Dominie
163 Haviland Road
Queensbury, New York 12804

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 3, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office served using this Court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the Judge and the following:

> Robert Rock, Esq.
> N.Y.S. Office of the Attorney General
> The Capitol, Justice Building 4th Fl.
> Litigation Bureau
> Albany, New York 12224
>
> Benjamin W. Hill, Esq.
> Capezza Hill LLP
> Attorneys for Defendant Liam Stander
> 30 South Pearl Street, Suite P-110
> Albany, New York 12207
>
> Ryan T. Donovan, Esq.
> Harris, Conway and Donovan, PLLC
> Attorney for Defendant Alexis Barlow
> 50 State Street, 2nd Floor
> Albany, New York, 12207
>
> William White, Esq.
> Brennan & White, LLP
> Attorneys for Defendant, Chad Dominie
> 163 Haviland Road
> Queensbury, New York 12804

*(signature)*

Alyssa Cohorn
**SOLOMON LAW FIRM, PLLC**