**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

MARY TROMBLEE,
                Plaintiff,
  v.

                                                  **1:19-cv-00638-BKS-CFH**

THE STATE OF NEW YORK,
NEW YORK STATE OFFICE
FOR PEOPLE WITH DEVELOPMENTAL DISABILITIES,
et al.

                Defendants.

_____

      Upon consideration of Plaintiff's Motion to Compel, it is:

      **ORDERED** that Plaintiff's motion is **GRANTED**, and it is further

      **ORDERED** that Defendant be ordered to produce all requested outstanding discovery in this matter as requested in Plaintiff's motion and be required to pay fees and costs associated with this motion. The Court **GRANTS** Plaintiff's requested adverse inferences.

**SO ORDERED.**

Dated: _____

                                                                _____
                                                                Christian Hummel
                                                                United States Magistrate Judge
                                                                Albany, New York