# SOLOMON LAW FIRM PLLC

1330 Avenue of the Americas,
Suite 23A
New York, NY 10019
...........................
300 Great Oaks Blvd., Suite 312
Albany, NY 12203
...........................
1025 Connecticut Ave, NW,
Suite 1000
Washington, DC 20036

P:  1-866-8-FedLaw
F:  (202) 688-1896

ADMITTED TO PRACTICE
IN NEW YORK STATE

<u>**Via Electronic Filing**</u>

May 2, 2022

Hon. Christian F. Hummel
U.S. Magistrate Judge, NDNY
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

RE:    *Tromblee v. State of New York, et al.,*
       **Case Number: 1:19-cv-00638-BKS-CFH**

Dear Judge Hummel:

Please accept this correspondence as notice that Plaintiff's co-counsel, Kathryn Barcroft, is no longer employed with Solomon Law Firm, PLLC.  As such, it is respectfully requested that Ms. Barcroft be removed as counsel in the above case and from any further ECF notifications. Solomon Law Firm, PLLC, by and through the undersigned, will continue as lead counsel for Plaintiff, Mary Tromblee.

Thank you for your consideration of this request.

Respectfully submitted,

Ariel E. Solomon, Esq.

cc:    Robert Rock, Esq. (Via ECF)
       N.Y.S. Office of the Attorney General
       The Capitol, Justice Building 4th Fl.
       Litigation Bureau
       Albany, New York 12224
       robert.rock@ag.ny.gov

       Benjamin Hill, Esq. (Via ECF)
       Capezza Hill LLP
       Attorneys for Defendant Liam Stander
       30 South Pearl Street, Suite P-110
       Albany, New York 12207
       ben@capezzahill.com

1

*Tromblee v. State of New York, et al.,*
**Case Number: 1:19-cv-00638-BKS-CFH**

Ryan T. Donovan, Esq. (Via ECF)
Harris, Conway and Donovan, PLLC
Attorney for Defendant Alexis Barlow
50 State Street, 2nd Floor
Albany, New York, 12207
rdonovan@hcdlegal.com

William J. White, Esq. (Via ECF)
Brennan & White, LLP
Attorneys for Defendant, Chad Dominie
163 Haviland Road
Queensbury, New York 12804
wjwhite163@gmail.com

Mary Tromblee (via e-mail)