UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARY TROMBLEE,

      Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,

      Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO SEAL CERTAIN EXHIBITS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT**

1:19-cv-00638-BKS-CFH

---

  Plaintiff Mary Tromblee ("Plaintiff") submits this Motion for Leave to Seal Exhibits A, N, and O to the Declaration of Ariel E. Solomon, submitted in connection with Plaintiff's Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

  Exhibits "A," "N," and "O" contain or reference information or material that is deemed Confidential under this Court's Stipulated Protective Order. **[Dkt. No. 70]**. Specifically, Exhibits "A" (the Draft Investigative Report dated April 16, 2018, and revised on April 25, 2018, issued by Margaret Sheehan), "N" (Defendant Liam Stander's interrogation transcript dated March 13, 208), and "O" (an email from Defendant Alexis Barlow providing a statement to David Albano in furtherance of Defendant Dominie's arbitration proceeding)[1] contain information that would be considered "Confidential" under Section 1(d) of the Court's Stipulated Protective Order, which references "Any records, reports, or other documents prepared by the Agency, the Governor's Office of Employee Relations or any sub-office

---

[1] To the extent this exhibit could be deemed "Confidential" under the Court's Stipulated Protective Order as a record or other document prepared by the Agency in connection with the investigation conducted regarding Plaintiff's allegations, Plaintiff is filing it under seal

thereof, in connection with an investigation conducted regarding any of the events at issue in the instant lawsuit."

A copy of Exhibits "A," "N," and "O" has been forwarded to Judge Sannes' Chambers via e-mail.

**WHEREFORE**, in compliance with this Court's Stipulated Protective Order, Federal Rule of Civil Procedure 26, and Northern District of New York Local Rule 5.3, Plaintiff respectfully requests that the Court enter the attached order granting leave to file Exhibits A, N, and O to the Declaration of Ariel E. Solomon under seal.

DATED: June 1, 2022
        Albany, New York

Respectfully Submitted,
SOLOMON LAW FIRM, PLLC

By: _____
    Ariel Solomon, Esq.
    (Bar Roll Number 515601)
    *Attorneys for Plaintiff*
    300 Great Oaks Blvd Ste 312
    Albany, New York 12203
    Telephone: (866) 833-3529
    asolomon@fedemploylaw.com

To:    Robert Rock, Esq.
       N.Y.S. Office of the Attorney General
       The Capitol, Justice Building 4th Fl.
       Litigation Bureau
       Albany, New York 12224

       Benjamin W. Hill, Esq.
       Capezza Hill LLP
       Attorneys for Defendant Liam Stander
       30 South Pearl Street, Suite P-110
       Albany, New York 12207

       Ryan T. Donovan, Esq.
       Harris, Conway and Donovan, PLLC
       Attorney for Defendant Alexis Barlow

50 State Street, 2nd Floor
Albany, New York, 12207

William White, Esq.
Brennan & White, LLP
Attorneys for Defendant, Chad Dominie
163 Haviland Road
Queensbury, New York 12804

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 1, 2022, a true and accurate copy of the foregoing Plaintiff's Motion for Leave to Seal Certain Exhibits in Support of Motion for Partial Summary Judgment was electronically filed with the Clerk's Office served using this Court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the Judge and the following:

Robert Rock, Esq.
N.Y.S. Office of the Attorney General
The Capitol, Justice Building 4th Fl.
Litigation Bureau
Albany, New York 12224

Benjamin W. Hill, Esq.
Capezza Hill LLP
Attorneys for Defendant Liam Stander
30 South Pearl Street, Suite P-110
Albany, New York 12207

Ryan T. Donovan, Esq.
Harris, Conway and Donovan, PLLC
Attorney for Defendant Alexis Barlow
50 State Street, 2nd Floor
Albany, New York, 12207

William White, Esq.
Brennan & White, LLP
Attorneys for Defendant, Chad Dominie
163 Haviland Road
Queensbury, New York 12804

Ariel E Solomon
Solomon Law Firm, PLLC