**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MARY TROMBLEE,

                     Plaintiff,

      -against-

STATE OF NEW YORK, et al.,

                  Defendants.

---

                  **[PROPOSED] ORDER**

                  1:19-CV-0638 (BKS-CFH)

       Upon consideration of Plaintiff's Motion to Seal Exhibit "A," Exhibit "N" and Exhibit "O" to the Declaration of Ariel E Solomon, which is being submitted in support of Plaintiff's Motion for Partial Summary Judgment against Defendant New York State Office of People with Developmental Disabilities pursuant to Federal Rule of Civil Procedure 56, it is:

       **ORDERED**, that for good cause shown Plaintiff's motion is **GRANTED**; and it is further

       **ORDERED**, that Exhibit "A," Exhibit "N" and Exhibit "O" to the Declaration of Ariel E. Solomon, shall be SEALED until further order of this Court.

       **IT IS SO ORDERED.**

Dated: _____

                  _____
                  Brenda K. Sannes
                  U.S. District Judge
                  Albany, New York