UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARY TROMBLEE,

                Plaintiff,

-against-                              1:19-cv-00638-BKS-CFH

THE STATE OF NEW YORK, et al.,

                Defendants.

---

### PLAINTIFF'S MOTION FOR LEAVE TO SEAL CERTAIN EXHIBITS IN OPPOSITION DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

    Plaintiff Mary Tromblee ("Plaintiff") submits this Motion for Leave to Seal Exhibits B-M, O, P-X, AA, CC-JJ and PP to the Declarations of Ariel E. Solomon, submitted in connection with Plaintiff's Opposition to the Motions for Summary Judgment filed on behalf of Defendants Alexis Barlow (Dkt No.143), Liam Stander (Dkt No. 145) and the State of New York and New York State Office for People with Developmental Disabilities (Dkt No. 147) pursuant to Federal Rule of Civil Procedure 56.

    Exhibits B-M, O, P-X, AA, CC-JJ and PP contain or reference information or material that is deemed Confidential under this Court's Stipulated Protective Order. **[Dkt. No. 70]**. Specifically, Exhibits "B-M," "O," "P-X", and "PP include testimony by witness who either participated in or conducted the investigation referenced in Exhibit "O" which is the Draft Investigative Report dated April 16, 2018, and revised on April 25, 2018, issued by Margaret Sheehan. This report was marked "PRIVILEDGED AND CONFIDENTIAL" and as such, any exhibits that discuss, reference or otherwise refer to this report contain information that would be considered "Confidential" under Section 1(d) of the Court's Stipulated Protective Order,

which references "Any records, reports, or other documents prepared by the Agency, the Governor's Office of Employee Relations or any sub-office thereof, in connection with an investigation conducted regarding any of the events at issue in the instant lawsuit."

In addition, Exhibits "E" (Deposition of Amanda Tromblee), Exhibit "I" (Deposition of Leyna Marcotte) Exhibit "K" (Deposition of Aubrey Shrestha) Exhibit "M" (Deposition of Jeffery Tromblee), Exhibit "Q" (Deposition of Kristin Friers) and Exhibit "R" (Deposition of Ellen Davis Berkheimer) may contain information that is considered "Confidential" under Section 1(a) of the Court's Stipulated Protective Order which references "Medical and/or mental health care records (including but not limited to mental health treatment, and/or drug or substance-abuse treatment records) and Section 1(c) Any information of a personal or intimate nature regarding any non-party individual.

Furthermore, "AA" (an email from Defendant Alexis Barlow providing a statement to David Albano in furtherance of Defendant Dominie's arbitration proceeding)[1] and CC-JJ contain information pertaining to Defendant Dominie's arbitration proceeding. Again, these exhibits would be considered "Confidential" under Section 1(d) of the Court's Stipulated Protective Order, which references "Any records, reports, or other documents prepared by the Agency, the Governor's Office of Employee Relations or any sub-office thereof, in connection with an investigation conducted regarding any of the events at issue in the instant lawsuit."

A copy of Exhibits B-M, O, P-X, AA, CC-JJ and PP have been forwarded to Judge Sannes' Chambers via e-mail.

---

[1] To the extent this exhibit could be deemed "Confidential" under the Court's Stipulated Protective Order as a record or other document prepared by the Agency in connection with the investigation conducted regarding Plaintiff's allegations, Plaintiff is filing it under seal

**WHEREFORE**, in compliance with this Court's Stipulated Protective Order, Federal Rule of Civil Procedure 26, and Northern District of New York Local Rule 5.3, Plaintiff respectfully requests that the Court enter the attached order granting leave to file Exhibits B-M, O, P-X, AA, CC-JJ and PP to the Declaration of Ariel E. Solomon under seal.

DATED:   August 23, 2022
             Albany, New York                    Respectfully Submitted,

                                                 SOLOMON LAW FIRM, PLLC

                                          By:    _____
                                                 Ariel Solomon, Esq.
                                                 (Bar Roll Number 515601)
                                                 *Attorneys for Plaintiff*
                                                 300 Great Oaks Blvd Ste 312
                                                 Albany, New York 12203
                                                 Telephone: (866) 833-3529
                                                 asolomon@fedemploylaw.com

To:   Robert Rock, Esq.
      N.Y.S. Office of the Attorney General
      The Capitol, Justice Building 4th Fl.
      Litigation Bureau
      Albany, New York 12224

      Benjamin W. Hill, Esq.
      Capezza Hill LLP
      Attorneys for Defendant Liam Stander
      30 South Pearl Street, Suite P-110
      Albany, New York 12207

      Ryan T. Donovan, Esq.
      Harris, Conway and Donovan, PLLC
      Attorney for Defendant Alexis Barlow
      50 State Street, 2nd Floor
      Albany, New York, 12207

      William White, Esq.
      Brennan & White, LLP
      Attorneys for Defendant, Chad Dominie
      163 Haviland Road
      Queensbury, New York 12804

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on **August 23, 2022**, a true and accurate copy of the foregoing **Plaintiff's Motion for Leave to Seal Certain Exhibits in Opposition to Defendants' Motion for Summary Judgment** was electronically filed with the Clerk's Office served using this Court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the Judge and the following:

> Robert Rock, Esq.
> N.Y.S. Office of the Attorney General
> The Capitol, Justice Building 4th Fl.
> Litigation Bureau
> Albany, New York 12224
>
> Benjamin W. Hill, Esq.
> Capezza Hill LLP
> Attorneys for Defendant Liam Stander
> 30 South Pearl Street, Suite P-110
> Albany, New York 12207
>
> Ryan T. Donovan, Esq.
> Harris, Conway and Donovan, PLLC
> Attorney for Defendant Alexis Barlow
> 50 State Street, 2nd Floor
> Albany, New York, 12207
>
> William White, Esq.
> Brennan & White, LLP
> Attorneys for Defendant, Chad Dominie
> 163 Haviland Road
> Queensbury, New York 12804

Ariel E Solomon
Solomon Law Firm, PLLC